**Order entered July 19, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00693-CR

**JACOBO RAFAEL REYES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 065987**

## ORDER

The Court **REINSTATES** the appeal.

On June 14, 2017, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We **ADOPT** the trial court's findings that: (1) the trial court previously found appellant was not indigent; (2) the trial court coordinator contacted appellant and tried to schedule a hearing pursuant to this Court's order but appellant informed the coordinator that he did not wish to pursue the appeal; (3) when the coordinator informed appellant he might be entitled to appointed counsel, appellant reiterated he did not want to pursue the appeal; (4) the coordinator asked appellant to provide a written letter stating he wished to withdraw his appeal but he did not do so; and (5) the trial court held a hearing but appellant did not appear. We note that appellant has not communicated with this Court regarding the appeal. Based on the trial

court's findings and appellant's failure to communicate with this Court regarding the appeal, we conclude appellant has abandoned his appeal.

We **ORDER** the appeal submitted without the reporter's record and briefs as of the date of this order to a panel consisting of Chief Justice Wright and Justices Myers and Brown. *See* TEX. R. APP. P. 37.3(c), 38.8(b). An opinion will issue in due course.


/s/     ADA BROWN
         JUSTICE